1  David F. Faustman (Cal. Bar No. 081862)
     dfaustman@foxrothschild.com
2  Tyreen G. Torner (Cal. Bar No. 249980)
     ttorner@foxrothschild.com
3  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone: (415) 364-5540
5  Facsimile:  (415) 391-4436

6  Attorneys for Plaintiff
   MAX NIGHTINGALE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX NIGHTINGALE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>IFC CORE INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company, and DOES 1-50,<br><br>　　　　　　　　Defendants. | Case No. 4:20-cv-04409-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Action Filed:　　　May 18, 2020<br>Notice of Removal Filed:　July 1, 2020 |

TO THE HONORABLE COURT, DEFENDANT AND COUNSEL:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Max Nightingale voluntarily dismisses this action in its entirety. Such dismissal shall be with prejudice, with each side to bear its/his own costs and fees.

Dated: July 16, 2020　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Tyreen G. Torner*
　　　　　　　　　　　　　　　　　　　　　　　　DAVID FAUSTMAN
　　　　　　　　　　　　　　　　　　　　　　　　TYREEN G. TORNER

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　MAX NIGHTINGALE